HUMES, Respondent, v. MANHATTAN RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. June 25, 1897.) Action by Mary A. Humes against the Manhattan Railway Company and others. A. A. Wheat, for appellants. C. A. Burbank, for respondent. No opinion. Judgment modified by reducing amount awarded for fee damage to $1,250 and rental damage to $800, and, as modified, affirmed, without costs.

HURD, Respondent, v. GERE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by Lorenzo D. Hurd against Theodore D. Gere and others. No opinion. Reargument ordered. Case directed to be heard in the Third appellate division. Order settled, and filed with the clerk of this court.

HUSTED, Appellant, v. MOSS, Respondent. (Supreme Court, Appellate Division, First Department. June 25, 1897.) Action by Peter V. Husted against Octavia A. Moss. L. R. Beckley, for appellant. B. Steinhardt, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

HUSTED, Respondent, v. WHITING, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by Emma Husted against Leslie D. Whiting. No opinion. Motion to dismiss appeal granted, with $10 costs and disbursements.

INNES v. MANHATTAN RY. CO. (three cases). DE BALAINE v. SAME. CONNOLLY v. SAME. (Supreme Court, Appellate Division, First Department. June 25, 1897.) Actions by Elizabeth R. Innes, Susan W. Innes, William T. Innes, Mary A. De Balaine, and Ellen M. Connolly against the Manhattan Railway Company. No opinion. Motions granted. See 38 N. Y. Supp. 286.

IRISH, Respondent, v. HORN, Appellant. (Supreme Court, Appellate Division, Third Department. July 6, 1897.) Action by Edward D. Irish against Elizabeth C. Horn. No opinion. Judgment affirmed, with costs. See 32 N. Y. Supp. 455.

In re JENNY. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) In re application of Alexander D. Jenny, as receiver, etc., for a writ of mandamus. No opinion. Order affirmed, with costs. See 44 N. Y. Supp. 84.

JONES et al., Appellants, v. AMERICAN GROCERY CO., Respondent. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by Edward B. Jones and another against the American Grocery Company. H. Aplington, for appellants. F. Seymour, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

JONES, Respondent, v. RICE, Appellant. (City Court of New York, General Term. July 15, 1897.) Action by Ada Jones against John C. Rice. Albert I. Sire, for appellant. Allan M. Stoddard, for respondent.

PER CURIAM. This was a fair question of fact, and determined by a jury. It was fairly presented. The jury believed the plaintiff, and gave her a verdict for the full amount. We do not find any reversible error committed during the trial, and the case is therefore hereby affirmed, with costs. See 43 N. Y. Supp. 491.

KAHN v. SCHERMERHORN. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by Aaron Kahn against Antoinette L. Schermerhorn. No opinion. Motion denied, with $10 costs.

KEIBER v. MAYOR OF CITY OF NEW YORK. (Supreme Court, Appellate Division. First Department. August 4, 1897.) Action by Philip Keiber against the mayor of the city of New York. No opinion. Motion denied, with $10 costs.

KELLOGG, Appellant, v. WOOD & PARKER LITHOGRAPH CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. June 25, 1897.) Action by Andrew H. Kellogg against Wood & Parker Lithograph Company, Gustav Meiners, and others. J. L. O'Brien, for appellant. R. F. Rabe, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

KENYON, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by Albert V. Kenyon against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

KERNOCHAN v. MANHATTAN RY. CO. (Supreme Court, Appellate Division, First Department. June 18, 1897.) Action by J. Frederick Kernochan against the Manhattan Railway Company. No opinion. Motion granted upon defendant giving the stipulations and security prescribed in previous cases.

KIRK, Respondent, v. CITY OF SYRACUSE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by William B. Kirk against the city of Syracuse and another. No opinion. Judgment affirmed, with costs.